FILED: May 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4117
(3:10-cr-00238-RJC-DSC-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PARKER ANTRON COLEMAN, a/k/a KP

      Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 970 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk