FILED: September 8, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4117
(3:10-cr-00238-RJC-DSC-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PARKER ANTRON COLEMAN, a/k/a KP

       Defendant - Appellant

_____

O R D E R

_____

The court grants the government's motion to file its response brief on September 5, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk