FILED: December 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4117
(3:10-cr-00238-RJC-DSC-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PARKER ANTRON COLEMAN, a/k/a KP

      Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Wilkinson, Judge Motz, and Senior Judge Hamilton.

      For the Court

      /s/ Patricia S. Connor, Clerk